**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Latrese R Davis | ) | Case no. 19-32645 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**NOTICE OF OBJECTION**

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to incur debt docket # 62.

1. Debtor is increasing housing cost by 3 times the amount that was in the last schedule J.
2. Debtor is using funds for the downpayment that should come into the plan.
3. Need increased plan payment and payroll to resolve this objection.

/s/ Pam Peterson
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888